In the Matter of the Estate of MARTIN W. CLARE, Deceased. HARRIET CLARE, Respondent; THEODORE ERICSON, as Executor of MARTIN W. CLARE, Deceased, Appellant.

Argued January 5, 1942; decided February 26, 1942.

*William B. Hoffman* for appellant.

*Eli Davidoff* and *Jerome I. Hyman* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.